UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME MARKIEL DAVIS, | No. 2:19-cv-0408 JAM CKD P |
| Petitioner, | |
| v. | ORDER |
| CARLOS BOLANOS, | |
| Respondent. | |

Judgment was entered in this case on May 6, 2020. Petitioner has asked that the case be reopened without presenting good cause as to why. Accordingly, his request (ECF No. 24) is denied.

Dated: September 23, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE